JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DK GARMENT INTERNATIONAL CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC, et al., <br><br> Defendants. | Case No. CV 24-3368-MWF(AGRx) <br><br> ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Joint Stipulation and Order for Dismissal with Prejudice. (Docket No. 27). For good cause shown, the parties' request is GRANTED. The Court ORDERS this entire action, including all claims and counterclaims stated herein against all parties, DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge